IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PATRICK M. MIKSCH, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 4:18CV3008 |
| v. | ) | |
| BRAD HANSEN, Warden, | ) | ORDER |
| Respondent. | ) | |

Petitioner filed a Petition for Writ of Habeas Corpus (Filing No. 1) and a Motion for Leave to Proceed in Forma Pauperis (Filing No. 2). The Petitioner also paid the $5.00 filing fee.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is denied as moot. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

DATED this 23rd day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge