IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PATRICK M. MIKSCH, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 4:18CV3008 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD HANSEN, Warden, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 23). Plaintiff filed a Notice of Appeal (Filing No. 20) on April 23, 2018. Plaintiff appeals from the court's Judgment dated April 12, 2018 (Filing No. 16). Upon review of Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the court finds Plaintiff is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that:

1. Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 23) is granted.

2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 8th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge